1040

THE STATE OF WASHINGTON, *Respondent*, v. JAYLIN JEROME
IRISH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 12-1-02894-1, Kathryn J. Nelson, J., entered
October 18, 2013. *Reversed* and *remanded with instructions*
by unpublished opinion per Sutton, J., concurred in by
Bjorgen, A.C.J., and Worswick, J.

HISTORICAL MILITARY SALES, INC., ET AL., *Appellants*, v. THE
CITY OF LAKEWOOD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 13-2-12691-1, Thomas P. Larkin, J., entered
November 8, 2013. *Affirmed* by unpublished opinion per
Melnick, J., concurred in by Worswick and Sutton, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. GARY R. COLE,
*Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 13-1-00099-0, F. Mark McCauley, J.,
entered October 10, 2013. *Affirmed* by unpublished opinion
per Maxa, J., concurred in by Lee and Melnick, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. TERRY L. JACOB,
*Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 11-1-00354-0, Amber L. Finlay, J., entered
November 18, 2013. *Affirmed* by unpublished opinion per
Maxa, J., concurred in by Lee and Melnick, JJ.